UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-13649-RGS

JOSEPH GRIP

v.

JEFFREY GRONDOLSKY, WARDEN, et al.

ORDER ASSESSING PRISONER FILING FEE OBLIGATION

November 18, 2015

STEARNS, D.J.

On October 23, 2015, Joseph Grip, an inmate confined to FMC Devens, filed a civil complaint accompanied by an affidavit and a motion for leave to proceed *in forma* pauperis. At that time, Grip's motion was granted not notwithstanding that Grip failed to submit a certified prison account statement for the 6-month period immediately preceding the filing of the complaint as required under 28 U.S.C. § 1915(a)(2). Now before the Court is Grip's 6-month account statement. *See* Docket Nos. 9, 10.

Upon review of the information contained in the prison account statement, it is ORDERED that:

(1) The Court assesses an initial partial filing fee of **$45.04**. The remainder of the fee, **$304.96**, shall be collected in accordance with 28 U.S.C. § 1915(b)(2); and

(2) The Clerk shall issue to the Treasurer at FMC Devens a Notice for Payment of Filing Fee.

SO ORDERED.

 /s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE